IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No. 15-cr-30007-MJR |
| | ) |
| **SHU K. CHEN,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, Chief Judge:

On June 11, 2015, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Chen entered a guilty plea to Counts 1 and 3 of the indictment – charging conspiracy to commit wire fraud and aggravated identity theft, respectively. (The United States agreed to dismiss Counts 2, 4, and 5 at the time of sentencing.)

By Report and Recommendation docketed June 22, 2015 (Doc. 115), Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline (**July 9, 2015**) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 33), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth in the indictment to which Defendant pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. The Court **CONFIRMS that SENTENCING** shall proceed at <u>**9:00 a.m. on October 9, 2015.**</u>

Finally, as stated in the Notice at Doc. 32 (dated 6/12/15), the Court has **SET** the following important deadlines. Any sentencing memorandum must be filed **no later than 14 days before the sentencing hearing.** Any response to a sentencing memorandum must be filed **no later than 7 days before the sentencing hearing.** If a party intends to present live testimony at the sentencing hearing, a notice identifying the witness(es) and summarizing the nature and anticipated length of the testimony must be filed n**o later than 14 days before the sentencing hearing**.

IT IS SO ORDERED.

DATED  July 10, 2015.

                                              s/ Michael J. Reagan
                                              MICHAEL J. REAGAN
                                              Chief Judge
                                              United States District Court